United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-02419-MJC |
| Joel Ryan Foster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 05, 2024 | Form ID: ntcnfhrg | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Ryan Foster, 844 Country Place Drive, Tobyhanna, PA 18466-7949 |
| 5655763 | + | LENDING USA LLC, 15303 VENTURA BLVD, SHERMAN OAKS, CA 91403-6630 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2024 18:43:51 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655760 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 05 2024 18:43:39 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, PO BOX 259407, PLANO, TX 75025-9407 |
| 5657162 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2024 18:43:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655761 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 05 2024 18:39:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5655762 | ^ | MEBN | Nov 05 2024 18:34:21 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5655764 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2024 18:43:31 | LVNV FUNDING, C/O RESURGENT CAPITAL, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5659563 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2024 18:43:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655765 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 05 2024 18:39:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, BALTIMORE, MD 21236-5904 |
| 5655767 | + | Email/PDF: cbp@omf.com | Nov 05 2024 18:43:45 | ONEMAIN, 601 NW 2ND STREET, EVANSVILLE, IN 47708-1013 |
| 5655766 | + | Email/PDF: cbp@omf.com | Nov 05 2024 18:43:28 | ONEMAIN, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 5662919 | + | Email/PDF: cbp@omf.com | Nov 05 2024 18:43:31 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5655768 | | Email/PDF: ebnotices@pnmac.com | Nov 05 2024 18:43:49 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Joel Ryan Foster lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joel Ryan Foster,
 aka Joel R. Foster, aka Joel Foster,

Chapter 13

**Debtor 1**

Case No. 5:24−bk−02419−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 28, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2024<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 5, 2024 |

ntcnfhrg (08/21)

Case 5:24-bk-02419-MJC   Doc 27   Filed 11/07/24   Entered 11/08/24 00:25:01   Desc
Imaged Certificate of Notice    Page 3 of 3