# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 12/1/2025
Case: 5:24–bk–02419–MJC     Form ID: pdf010     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Matthew K. Fissel     bkgroup@kmllawgroup.com
aty     Robert J Kidwell, III     rkidwell@newmanwilliams.com

TOTAL: 2