United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 24-02419-MJC

Joel Ryan Foster                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                              Page 1 of 2

Date Rcvd: Feb 24, 2026                 Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID                Recipient Name and Address**
   +  NFI Interactive Logistics, LLC, Attn: Payroll Department, P.O. Box 96001, Camden, NJ 08101-6001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Denise E. Carlon
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
        ecf_pahu_alt@trustee13.com

Matthew K. Fissel
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert J Kidwell, III
        on behalf of Debtor 1 Joel Ryan Foster rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Stephanie Walczak
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC swalczak@kmllawgroup.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-5

Date Rcvd: Feb 24, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

Vincent Rubino

on behalf of Debtor 1 Joel Ryan Foster
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOEL RYAN FOSTER, | : | |
| a/k/a JOEL R. FOSTER, | : | CASE NO.: 5:24-bk-02419 |
| a/k/a JOEL FOSTER, | : | |
| Debtor. | : | |

ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment

Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the

Wage Attachment entered in the herein case pursuant to Order dated on September 30,

2024 is hereby terminated.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: February 24, 2026