United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Joel Ryan Foster
Debtor

Case No. 24-02419-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: Aug 24, 2026 | Form ID: ordsmiss | Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Ryan Foster, 844 Country Place Drive, Tobyhanna, PA 18466-7949 |
| 5668768 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5655763 | + | LENDING USA LLC, 15303 VENTURA BLVD, SHERMAN OAKS, CA 91403-6630 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5655760 | + | EDI: CAPONEAUTO.COM | Aug 24 2026 22:55:00 | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, PO BOX 259407, PLANO, TX 75025-9407 |
| 5657162 | + | EDI: AISACG.COM | Aug 24 2026 22:55:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5669666 | + | EDI: AISACG.COM | Aug 24 2026 22:55:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5655761 | | EDI: JEFFERSONCAP.COM | Aug 24 2026 22:55:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5655762 | ^ | MEBN | Aug 24 2026 18:56:39 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5655764 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:29 | LVNV FUNDING, C/O RESURGENT CAPITAL, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5659563 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2026 19:01:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655765 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 24 2026 19:02:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, BALTIMORE, MD 21236-5904 |
| 5655767 | + | EDI: AGFINANCE.COM | Aug 24 2026 22:55:00 | ONEMAIN, 601 NW 2ND STREET, EVANSVILLE, IN 47708-1013 |
| 5655766 | + | EDI: AGFINANCE.COM | Aug 24 2026 22:55:00 | ONEMAIN, PO BOX 70912, CHARLOTTE, NC 28272-0912 |
| 5662919 | + | EDI: AGFINANCE.COM | Aug 24 2026 22:55:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5655768 | | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:01:22 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5672699 | + | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:01:22 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Joel Ryan Foster rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Stephanie Walczak | on behalf of Creditor PENNYMAC LOAN SERVICES LLC swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Joel Ryan Foster lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Joel Ryan Foster
aka Joel R. Foster, aka Joel Foster

Case number 5:24−bk−02419−MJC

**Debtor 1**

**Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 24, 2026

ordsmiss (05/18)